BEFORE THE THIRD DIVISION, FEBRUARY 15, 1966

**No. 69793.**—Corn Products Co. *v.* United States, protest 64/8594 (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of dehydrated leek flakes similar in all material respects to those the subject of *Corn Products Co.* v. *United States* (55 Cust. Ct. 152, C.D. 2567), the claim of the plaintiff was sustained.